IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-663C

(Filed: September 18, 2008)

LUMETRA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

SCHEDULING ORDER

A hearing shall be held on September 22, 2008, commencing at 10:00 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington D.C., to address plaintiff's motion for a temporary restraining order and also the matters listed at Appendix C, paragraph 8, of the Rules of this court. The particular courtroom to be used for the hearing will be posted in the lobby of the building on the day of the hearing.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge